IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ADRIAN MELVIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:25-cv-239-JTA |
| | ) | (WO) |
| GREASE MONKEY | ) | |
| INTERNATIONAL, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

Before the Court is Defendant Grease Monkey International, LLC's Motion in Limine to Exclude Testimony and Evidence Regarding Medical Diagnoses, Records, and the Causal Relationship Between Plaintiff's Alleged Ailments and Defendant's Alleged Illegal Actions. (Doc. No. 63.) In the motion, Defendant seeks exclusion of (1) medical records, diagnoses, and treatment offered to prove Plaintiff's damages, (2) medical records, diagnoses, and treatment offered to prove the alleged causal relationship between Plaintiff's alleged damages and Defendant's alleged unlawful actions, and (3) medical evidence that requires expert testimony pursuant to Fed. R. Evid. 702.

The Court deems the motion unopposed. Plaintiff did not respond to the motion.[1]

---

[1] Plaintiff's failure to respond violated the Pretrial Order. (*See* Doc. No. 49 at 9 ("Responses to motions in limine, with supporting briefs, <u>shall</u> be filed on or before April 27, 2026." (emphasis added).) The Court's conclusion that Plaintiff's failure to respond to the motion indicates his lack of opposition should come as no surprise to Plaintiff. (*See* Doc. No. 20 at 2, Section 6 ("**Responses to Motions.** The failure to file a response to any motion – either dispositive or non-dispositive – within the time allowed by the Court shall indicate that there is no opposition to the motion."); Doc. No. 19 at 2, para. 10 ("Parties are REMINDED that failure to file a response to a motion within the time allowed by the court shall indicate that there is no opposition to the motion.").)

Furthermore, in response to a different motion in limine, Plaintiff described the sources of his damages calculations, none of which involve medical evidence. (Doc. No. 81 at 2–3.)

For the reasons stated in the motion, and because Plaintiff does not oppose the motion, the motion is due to be granted.

Accordingly, it is ORDERED as follows:

1. Defendant's motion in limine (Doc. No. 63) is GRANTED.

2. The following evidence shall be excluded at trial:

   a. Medical records, diagnoses, and treatment offered to prove Plaintiff's damages.

   b. Medical records, diagnoses, and treatment offered to prove the alleged causal relationship between Plaintiff's alleged damages and Defendant's alleged unlawful actions.

   c. Medical evidence that requires expert testimony pursuant to Fed. R. Evid. 702.

DONE this 26th day of May, 2026.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE