IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ADRIAN MELVIN, )
)
    Plaintiff, )
)
v. ) CASE NO. 1:25-cv-239-JTA
) (WO)
GREASE MONKEY )
INTERNATIONAL, )
)
    Defendant. )

**<u>ORDER</u>**

Before the Court is Plaintiff Adrian Melvin's Motion in Limine to Exclude Evidence Regarding the Race of Selected Candidates. (Doc. No. 70.) For the reasons stated below, the motion is due to be granted to the extent provided in this order.

Plaintiff's sole remaining claim is a Title VII retaliation claim. Specifically, Plaintiff alleges that, because of his February 20, 2023 complaint of race discrimination, his former employer, Defendant Grease Monkey International, denied him promotion to two positions of District Manager in Training ("DMIT"). (*See* Doc. No. 1 at 5–6; Doc. No. 49 at 2.) Plaintiff now seeks "an order prohibiting evidence, argument or suggestion that its promotion decisions were lawful because the individuals selected for the [DMIT] positions are minorities." (Doc. No. 70 at 2.) In response, Defendant "does not contend that the race of the selected candidates, standing alone, defeats Plaintiff's retaliation claim. Nor does [Defendant] intend to argue that selecting minority candidates shields it from liability under Title VII." (Doc. No. 79 at 1.) Defendant concedes that, "if Plaintiff's [motion in limine]

were limited to" the "narrow proposition" that the race of selected candidates shields it from liability on Plaintiff's Title VII retaliation claim, "there would be little dispute." (*Id.*)

Accordingly, it is ORDERED as follows:

1. Plaintiff's motion in limine (Doc. No. 70) is GRANTED to the following limited extent: evidence of the race or minority status of the individuals selected for the DMIT positions is inadmissible to establish, alone, that Defendant retaliated against Plaintiff by failing to promote him to DMIT.

2. In all other respects, Plaintiff's motion in limine (Doc. No. 70) is DENIED.

DONE this 26th day of May, 2026.

 

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE

2