IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ADRIAN MELVIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:25-cv-239-JTA |
| | ) | (WO) |
| GREASE MONKEY | ) | |
| INTERNATIONAL, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

On June 3, 2026, this cause proceeded to trial before the Court and a jury on Plaintiff's claim for retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e-2 and 2000e-3.[1] On June 5, 2026, the jury returned a verdict in favor of Defendant and against Plaintiff on that claim. The issues having been duly tried and the jury having duly rendered its verdict, it is the JUDGMENT and DECREE of the Court that judgment be entered in favor of Defendant on Plaintiff's Title VII retaliation claim and that this action be DISMISSED with prejudice. It is further ORDERED that costs are to be TAXED against Plaintiff, for which execution shall issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 9th day of June, 2026.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff voluntarily abandoned all other claims. (*See* Doc. No. 55 at 15–20.)